CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

8/11/2026

LAURA A. AUSTIN, CLERK
BY:  s/ ARLENE LITTLE
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| REGINA EPPARD, Administrator for the Estate of Tori Faith Eppard, Deceased, | CASE NO. 6:25-CV-00001 |
| *Plaintiff,* | ORDER |
| v. | |
| UNITED STATES OF AMERICA, | JUDGE NORMAN K. MOON |
| *Defendant.* | |

For the reasons included in the accompanying memorandum opinion, the Court **GRANTS** the United States' motion to strike Plaintiff's advisory jury demand, Dkt. 24, and **GRANTS IN PART and DENIES IN PART** Plaintiff's motion to exclude or limit the testimony of Defendant's experts, Dkt. 26. The Court excludes the testimony of Drs. Cynthia L. Allen and Celeste R. Caulder; however, Dr. John C. Schaefer will be permitted to testify as to causation.

It is **SO ORDERED**.

Entered this 11th day of August, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE